UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISSAK ALMALEH, ANTOANETA IOTOVA<br><br>Plaintiff,<br><br>-against-<br><br>US ATTORNEY OFFICE SOUTHERN DISTRICTOF NEW YORK, ET AL,<br><br>Defendants. | 22-CV-9171(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 1, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 1, 2022
        New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge